# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BROSS, DAVID | § | Case No. 12-09725 DRC |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/12/2012 . The undersigned trustee was appointed on 04/16/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $        48,299.03

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 632.58 |
   | Bank service fees | 1,049.67 |
   | Other payments to creditors | 24,149.51 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]         $ | 22,467.27 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 01/16/2013 and the deadline for filing governmental claims was 01/16/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,579.90 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,579.90 , for a total compensation of $ 5,579.90 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/17/2015           By: /s/GINA B. KROL
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-09725 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | BROSS, DAVID | | | Date Filed (f) or Converted (c): | 03/12/12 (f) |
| | | | | 341(a) Meeting Date: | 05/22/12 |
| For Period Ending: | 08/17/15 | | | Claims Bar Date: | 01/16/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 2. Possible 500 shares in Tyko Topline Value | 0.00 | 48,299.03 | | 48,299.03 | FA |
| 3. Sony Notebook Computer | 250.00 | 0.00 | | 0.00 | FA |
| 4. D&B Development, Inc. President Corporation (u) | 0.00 | 0.00 | | 0.00 | FA |
| 5. East Elm Advisors, Inc. Secretary- Stock (u) | 0.00 | 0.00 | | 0.00 | FA |
| 6. Ridgebrook Capital Partners LLC Manager, (u) | 0.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $350.00 | $48,299.03 | | $48,299.03 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Successor Trustee to prepare TFR

October 16, 2014, 10:54 am

PENDING INVESTIGATION OF 727 COMPLAINT; PENDING TURNOVER

OF ASSET (STOCK)IN TYKO TOPLINE- NO APPARENT VALUE IN OTHER BUSINESS INTERESTS

Awaiting tax returns

Claim objections upheld 9/27/2013.

Claims 7,8,& 9 combined as one.

Once tax returns are returned, ready for final report.

TFR preparation delayed due to claim objections.

Advised by Accountant that no tax return needed to be prepared for estate.  Beginning preparation of final report.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 12-09725   DRC   Judge: Donald R. Cassling | Trustee Name:   GINA B. KROL |
| Case Name: | BROSS, DAVID | Date Filed (f) or Converted (c):   03/12/12 (f) |
| | | 341(a) Meeting Date:   05/22/12 |
| | | Claims Bar Date:   01/16/13 |

TFR Emailed to UST today.

Initial Projected Date of Final Report (TFR): 12/30/13     Current Projected Date of Final Report (TFR): 03/31/15


/s/     GINA B. KROL
_____     Date: 08/17/15
    GINA B. KROL

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 12-09725 -DRC | Trustee Name: GINA B. KROL |
| Case Name: BROSS, DAVID | Bank Name: Green Bank |
| | Account Number / CD #: *******2501 Checking Account |
| Taxpayer ID No: *******8639 | |
| For Period Ending: 08/17/15 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/23/13 | 2 | CRAY HUBER HORSTMAN HEIL<br>303 W MADISON ST<br>SUITE 2200<br>CHICAGO, IL 60606 | STATE FARM/TYCO SETTLEMENT | 1149-000 | 48,299.03 | | 48,299.03 |
| 04/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 17.59 | 48,281.44 |
| 05/09/13 | 003001 | ORCHARD CONSTRUCTION, LLC AND NICK STEIN<br>C/O JEFF PLATT<br>COMAN & ANDERSON<br>650 WARRENVILLE ROAD<br>SUITE 500<br>LISLE, IL 60532 | PER SETTLEMENT ORDER<br>4220-000      $-24,149.51 | 4220-000 | | 24,149.51 | 24,131.93 |
| 05/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 82.93 | 24,049.00 |
| 06/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 66.47 | 23,982.53 |
| 07/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 38.70 | 23,943.83 |
| 08/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 41.13 | 23,902.70 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 18.05

FORM 2

Page: 2

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-09725 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BROSS, DAVID | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******2501 Checking Account |
| Taxpayer ID No: | *******8639 | | |
| For Period Ending: | 08/17/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/13 | | Houston, TX 77092<br>Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 34.83 | 23,867.87 |
| 10/31/13 | | Houston, TX 77092<br>Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 38.51 | 23,829.36 |
| 11/29/13 | | Houston, TX 77092<br>Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 38.45 | 23,790.91 |
| 12/31/13 | | Houston, TX 77092<br>Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 37.15 | 23,753.76 |
| 01/31/14 | | Houston, TX 77092<br>Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 40.80 | 23,712.96 |
| 02/28/14 | | Houston, TX 77092<br>Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 34.56 | 23,678.40 |
| 03/31/14 | | Houston, TX 77092<br>Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 35.74 | 23,642.66 |
| 04/02/14 | 003002 | Houston, TX 77092<br>INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET | Blanket bond #016026455 2/01/14 to 2/10/15 | 2300-000 | | 19.62 | 23,623.04 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM2T4

Ver: 18.05

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-09725 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BROSS, DAVID | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******2501  Checking Account |
| Taxpayer ID No: | *******8639 | | |
| For Period Ending: | 08/17/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SUITE 420<br>NEW ORLEANS, LA  70139 | 2300-000         $-19.62 | | | | |
| 04/28/14 | | Green Bank | Technology Fee | 2600-000 | | 28.29 | 23,594.75 |
| 04/29/14 | | ASSOCIATED BANK | | 9999-000 | | 23,594.75 | 0.00 |

| | Account *******2501 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1   Deposits | | 48,299.03 | 2 | Checks | 24,169.13 |
| | 0   Interest Postings | | 0.00 | 14 | Adjustments Out | 24,129.90 |
| | | Subtotal | $ 48,299.03 | 0 | Transfers Out | 0.00 |
| | | | | | Total | $ 48,299.03 |
| | 0   Adjustments In | | 0.00 | | | |
| | 0   Transfers In | | 0.00 | | | |
| | | Total | $ 48,299.03 | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 12-09725 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | BROSS, DAVID | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0857  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8639 | | | |
| For Period Ending: | 08/17/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/14 | | Green Bank | Transfer from Green Bank Account | 9999-000 | 23,594.75 | | 23,594.75 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 23,584.75 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.06 | 23,549.69 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.88 | 23,515.81 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.96 | 23,480.85 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.91 | 23,445.94 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.74 | 23,412.20 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.81 | 23,377.39 |
| * 11/19/14 | 030001 | Alan D. Lasko  29 S. LaSalle Street  Suite 1240  Chicago, IL 60603 | Accountant Fees per Court Order | 3410-003 | | 820.40 | 22,556.99 |
| * 11/19/14 | 030001 | Alan D. Lasko  29 S. LaSalle Street  Suite 1240  Chicago, IL 60603 | Accountant Fees per Court Order  Incorrect Amount | 3410-003 | | -820.40 | 23,377.39 |
| * 11/19/14 | 030002 | Alan D. Lasko  29 S. LaSalle Street  Suite 1240  Chicago, IL 60603 | Accountant Expenes per Court Order | 3420-003 | | 19.69 | 23,357.70 |
| * 11/19/14 | 030002 | Alan D. Lasko  29 S. LaSalle Street  Suite 1240  Chicago, IL 60603 | Accountant Expenes per Court Order  No expenses, check written in error | 3420-003 | | -19.69 | 23,377.39 |
| 11/19/14 | 030003 | Alan D. Lasko  29 S. LaSalle Street  Suite 1240  Chicago, IL 60603 | Accountant Fees per Court Order | 3410-000 | | 600.00 | 22,777.39 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.55 | 22,743.84 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.81 | 22,710.03 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

LFORM2T4

Ver: 18.05

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit B

| Case No: | 12-09725 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | BROSS, DAVID | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0857 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8639 | | | |
| For Period Ending: | 08/17/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.77 | 22,676.26 |
| 02/10/15 | 030004 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | | 2300-000 | | 12.96 | 22,663.30 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.44 | 22,632.86 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.65 | 22,599.21 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.52 | 22,566.69 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.55 | 22,533.14 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.42 | 22,500.72 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.45 | 22,467.27 |

| Account *******0857 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 Deposits | | 0.00 | 6 | Checks | 612.96 |
| 0 Interest Postings | | 0.00 | 16 | Adjustments Out | 514.52 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 1,127.48 |
| 1 Adjustments In | | 23,594.75 | | | |
| 0 Transfers In | | 0.00 | | | |
| | Total | $ 23,594.75 | | | |

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-09725 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | BROSS, DAVID | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0857 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8639 | | | |
| For Period Ending: | 08/17/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | | | |
| 1 | Deposits | 48,299.03 | 8 | Checks | 24,782.09 |
| 0 | Interest Postings | 0.00 | 30 | Adjustments Out | 24,644.42 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 48,299.03 | | | |
| | | | | Total | $ 49,426.51 |
| 1 | Adjustments In | 23,594.75 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 71,893.78 | | Net Total Balance | $ 22,467.27 |

Trustee's Signature: /s/ GINA B. KROL    Date: 08/17/15
GINA B. KROL

UST Form 101-7-TFR (5/1/2011) (Page: 10)

LFORM2T4

Ver: 18.05

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 17, 2015 |
|---|---|---|---|---|---|---|

Case Number: 12-09725   Priority Sequence
Debtor Name: BROSS, DAVID   Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3991-00 | David E. Grochcocinski | Administrative | | $0.00 | $4,579.90 | $4,579.90 |
| 200<br>3120-00 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL  60462 | Administrative | | $0.00 | $142.15 | $142.15 |
| 200<br>2100-00 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60601 | Administrative | Orig Allowed: 5567.50 | $0.00 | $1,000.00 | $1,000.00 |
| 200<br>3110-00 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL  60462 | Administrative | | $0.00 | $4,337.50 | $4,337.50 |
| 200<br>3410-00 | Alan D. Lasko & Associates, P.C.<br>29 S. LaSalle St.<br>Chicago, IL  60603 | Administrative | | $0.00 | $600.00 | $600.00 |
| 1<br>570<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  191017346 | Priority | | $0.00 | $4,383.91 | $4,383.91 |
| 1a<br>610<br>7100-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  191017346 | Unsecured | | $0.00 | $1,526.75 | $1,526.75 |
| 2<br>610<br>7100-00 | Robbins, Salomon & Patt, Ltd.<br>c/o William A. Castle, Jr.<br>180 North LaSalle Street, Suite 3300<br>Chicago, IL  60601 | Unsecured | (2-1) Judgment | $0.00 | $22,093.60 | $22,093.60 |
| 3<br>610<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>P.O. Box 71083<br>Charlotte, NC  282721083 | Unsecured | | $0.00 | $830.09 | $830.09 |
| 4<br>610<br>7100-00 | LVNV Funding, LLC its successors<br>and assigns as<br>assignee of Chase Bank USA, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  296030587 | Unsecured | | $0.00 | $3,854.14 | $3,854.14 |
| 5<br>610<br>7100-00 | LVNV Funding, LLC its successors<br>and assigns as<br>assignee of OSI<br>Resurgent Capital Services<br>PO Box 10587 | Unsecured | | $0.00 | $1,384.75 | $1,384.75 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: August 17, 2015 |

Case Number: 12-09725  
Debtor Name: BROSS, DAVID  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Greenville, SC  296030587 | | | | | |
| 6<br>610<br>7100-00 | Orchard Contruction, LLC<br>& Nick Stein<br>Jeffrey R. Platt, Coman & Anderson, PC<br>650 Warrenville Rd., Ste. 500<br>Lisle, IL  60532 | Unsecured | (6-1) Judgment and Turnover Order | $0.00 | $90,487.34 | $90,487.34 |
| 7<br>610<br>7100-00 | Nicolae Harabor<br>c/o Yelena A. Dolgosheeva<br>P.O. Box 5382<br>Buffalo Grove, IL  60089 | Unsecured | 9/27/13 Order- deemed that Claims 7, 8, and 9 be paid as if the claims were filed jointly and severally. | $0.00 | $340,357.50 | $113,452.50 |
| 8<br>610<br>7100-00 | Mariana Iepure<br>c/o Yelena A. Dolgosheeva<br>P.O. Box 5382<br>Buffalo Grove, IL  60089 | Unsecured | 9/27/13 Order- deemed that Claims 7, 8, and 9 be paid as if the claims were filed jointly and severally. | $0.00 | $340,357.50 | $113,452.50 |
| 9<br>610<br>7100-00 | All Seasons Plumbing, Inc.<br>c/o Yelena A. Dolgosheeva<br>P.O. Box 5382<br>Buffalo Grove, IL  60089 | Unsecured | 9/27/13 Order- deemed that Claims 7, 8, and 9 be paid as if the claims were filed jointly and severally. | $0.00 | $340,357.50 | $113,452.50 |
| BOND<br>999<br>2300-00 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | Administrative | | $0.00 | $12.96 | $12.96 |
| | Case Totals: | | | $0.00 | $1,156,305.59 | $475,590.59 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-09725 DRC
Case Name: BROSS, DAVID
Trustee Name: GINA B. KROL

| | Balance on hand | $ | 22,467.27 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Successor Chapter 7 Trustee<br>Trustee Fees: GINA B. KROL | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Attorney for Trustee Fees: InnovaLaw, PC | $ 4,337.50 | $ 0.00 | $ 4,337.50 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 600.00 | $ 600.00 | $ 0.00 |
| Other: Adams Levine Surety Bond Agency | $ 12.96 | $ 12.96 | $ 0.00 |
| Original Chapter 7 Trustee<br>Other: David E. Grochcocinski | $ 4,579.90 | $ 0.00 | $ 4,579.90 |
| Other: InnovaLaw, PC | $ 142.15 | $ 0.00 | $ 142.15 |

| Total to be paid for chapter 7 administrative expenses | $ 10,059.55 |
| Remaining Balance | $ 12,407.72 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 4,383.91 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 191017346 | $ 4,383.91 | $ 0.00 | $ 4,383.91 |
| | Total to be paid to priority creditors | | | $ 4,383.91 |
| | Remaining Balance | | | $ 8,023.81 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 460,534.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1a | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 191017346 | $ 1,526.75 | $ 0.00 | $ 26.60 |
| 2 | Robbins, Salomon & Patt, Ltd. c/o William A. Castle, Jr. 180 North LaSalle Street, Suite 3300 Chicago, IL 60601 | $ 22,093.60 | $ 0.00 | $ 384.93 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>P.O. Box 71083<br>Charlotte, NC  282721083 | $ 830.09 | $ 0.00 | $ 14.46 |
| 4 | LVNV Funding, LLC its successors and assigns as assignee of Chase Bank USA, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  296030587 | $ 3,854.14 | $ 0.00 | $ 67.15 |
| 5 | LVNV Funding, LLC its successors and assigns as assignee of OSI<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  296030587 | $ 1,384.75 | $ 0.00 | $ 24.13 |
| 6 | Orchard Contruction, LLC & Nick Stein<br>Jeffrey R. Platt, Coman & Anderson, PC<br>650 Warrenville Rd., Ste. 500<br>Lisle, IL  60532 | $ 90,487.34 | $ 0.00 | $ 1,576.55 |
| 7 | Nicolae Harabor<br>c/o Yelena A. Dolgosheeva<br>P.O. Box 5382<br>Buffalo Grove, IL  60089 | $ 113,452.50 | $ 0.00 | $ 1,976.66 |
| 8 | Mariana Iepure<br>c/o Yelena A. Dolgosheeva<br>P.O. Box 5382<br>Buffalo Grove, IL  60089 | $ 113,452.50 | $ 0.00 | $ 1,976.66 |
| 9 | All Seasons Plumbing, Inc.<br>c/o Yelena A. Dolgosheeva<br>P.O. Box 5382<br>Buffalo Grove, IL  60089 | $ 113,452.50 | $ 0.00 | $ 1,976.67 |
| | Total to be paid to timely general unsecured creditors | | | $ 8,023.81 |

    Remaining Balance                                            $_____0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE