UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| BROSS, DAVID | § | Case No. 12-09725 DRC |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/25/2015 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/02/2015        By: JEFFREY P. ALLSTEADT
                                   Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BROSS, DAVID § Case No. 12-09725 DRC
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 48,299.03 |
| and approved disbursements of | $ | 25,831.76 |
| leaving a balance on hand of[1] | $ | 22,467.27 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Successor Chapter 7 Trustee Trustee Fees: GINA B. KROL | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Attorney for Trustee Fees: InnovaLaw, PC | $ 4,337.50 | $ 0.00 | $ 4,337.50 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 600.00 | $ 600.00 | $ 0.00 |
| Other: Adams Levine Surety Bond Agency | $ 12.96 | $ 12.96 | $ 0.00 |
| Original Chapter 7 Trustee Other: David E. Grochcocinski | $ 4,579.90 | $ 0.00 | $ 4,579.90 |
| Other: InnovaLaw, PC | $ 142.15 | $ 0.00 | $ 142.15 |
| Total to be paid for chapter 7 administrative expenses | | $ | 10,059.55 |
| Remaining Balance | | $ | 12,407.72 |

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 4,383.91 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 191017346 | $ 4,383.91 | $ 0.00 | $ 4,383.91 |
| | Total to be paid to priority creditors | | | $ 4,383.91 |
| | Remaining Balance | | | $ 8,023.81 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 460,534.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1a | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 191017346 | $ 1,526.75 | $ 0.00 | $ 26.60 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Robbins, Salomon & Patt, Ltd.<br>c/o William A. Castle, Jr.<br>180 North LaSalle Street, Suite 3300<br>Chicago, IL  60601 | $    22,093.60 | $    0.00 | $    384.93 |
| 3 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>P.O. Box 71083<br>Charlotte, NC  282721083 | $    830.09 | $    0.00 | $    14.46 |
| 4 | LVNV Funding, LLC its successors and assigns as assignee of Chase Bank USA, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  296030587 | $    3,854.14 | $    0.00 | $    67.15 |
| 5 | LVNV Funding, LLC its successors and assigns as assignee of OSI<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  296030587 | $    1,384.75 | $    0.00 | $    24.13 |
| 6 | Orchard Contruction, LLC<br>& Nick Stein<br>Jeffrey R. Platt, Coman & Anderson, PC<br>650 Warrenville Rd., Ste. 500<br>Lisle, IL  60532 | $    90,487.34 | $    0.00 | $    1,576.55 |
| 7 | Nicolae Harabor<br>c/o Yelena A. Dolgosheeva<br>P.O. Box 5382<br>Buffalo Grove, IL  60089 | $    113,452.50 | $    0.00 | $    1,976.66 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Mariana Iepure<br>c/o Yelena A. Dolgosheeva<br>P.O. Box 5382<br>Buffalo Grove, IL  60089 | $ 113,452.50 | $ 0.00 | $ 1,976.66 |
| 9 | All Seasons Plumbing, Inc.<br>c/o Yelena A. Dolgosheeva<br>P.O. Box 5382<br>Buffalo Grove, IL  60089 | $ 113,452.50 | $ 0.00 | $ 1,976.67 |
| | Total to be paid to timely general unsecured creditors | | $ | 8,023.81 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
                    Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
David F Bross  
    Debtor

Case No. 12-09725-DRC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: nmolina     Page 1 of 2     Date Rcvd: Sep 03, 2015  
                 Form ID: pdf006    Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2015.

```
db           +David F Bross,    321 72nd Street,    Burr Ridge, IL 60527-6960
18614281     +ACFPC LaGrange,    P O Box 7000,    Bolingbrook, IL 60440-7000
18614282     +Adventist Hinsdale Hospital,    C/O Baker & Miller, P.C.,    29 North Wacker Drive, 5th Floor,
               Chicago, IL 60606-3221
18614283     +Adventist Hinsdale Hospital,    C/O Merchants Credit Guide,    223 West Jackson Boulevard, #400,
               Chicago, IL 60606-6974
18614284     +Adventist Lagrange Memorial,    P O Box 9234,    Oak Brook, IL 60522-9234
18614285     +All Season's Plumbing And Sewer, Inc.,    C/O Yelena A. Dolgosheeva, Attorney,
               651 West Washinton Street, Suite 205,    Chicago, IL 60661-2166
19907951     +All Seasons Plumbing, Inc.,    c/o Yelena A. Dolgosheeva,    P.O. Box 5382,
               Buffalo Grove, IL 60089-5382
18614278     +Bross, David F,    321 72nd Street,    Burr Ridge, IL 60527-6960
18614280     +C/O William P. Danna,    1105 West Burlington Avenue,    Western Springs, IL 60558-1586
18614286     +Capital One Bank,    P O Box 71083,    Charlotte, NC 28272-1083
19681812      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    P.O. Box 71083,
               Charlotte, NC  28272-1083
18614287     +Chase,    C/O J C Christensen And Associates Inc,    P O Box 519,    Sauk Rapids, MN 56379-0519
18614288     +Deutsch Bank National Trust Company,    C/O Larson & Associates, P.C.,
               230 West Monroe, Suite 2220,    Chicago, IL 60606-4902
18614289     +Dupage Pathology Associates, S.C.,    520 East 22nd Street,    Lombard, IL 60148-6110
18614290     +Emergency Healthcare Physicians,    39182 Treasury Center,    Chicago, IL 60694-9100
18614296     +IPC Of Illinois,    P O Box 92934,    Los Angeles, CA 90009-2934
18614293     +Illinois Heard And Vascular,    16955 Collection Center Drive,    Chicago, IL 60693-0169
18614294     +Illinois Heart & Vascular,    C/O ATG Credit LLC,    P O Box 14895,    Chicago, IL 60614-8542
18614279     +J. Scott Marsik,    Attorney at Law,    4112 N. Cass Avenue,    Westmont, IL 60559-1312,
               6537 Drexel LLC
18614297     +K.O.S. Construction, Inc. & Karl Spektor,    C/O William P. Danna, Attorney,
               1105 West Burlington Avenue,    Western Springs, IL 60558-1574
18614298     +LaGrange Hospital Cardiology,    P O Box 7004,    Bolingbrook, IL 60440-7004
19907941     +Mariana Iepure,    c/o Yelena A. Dolgosheeva,    P.O. Box 5382,    Buffalo Grove, IL 60089-5382
19907940     +Nicolae Harabor,    c/o Yelena A. Dolgosheeva,    P.O. Box 5382,    Buffalo Grove, IL 60089-5382
18614299      Nicolae Harabor, Marina Iepure, Et. Al,    C/O Yelena A. Dolgosheeva, Attorney,
               6511 West Washington Street, Suite 205,    Chicago, IL 60661
18614300     +Orchard Contruction, LLC,    & Nick Stein,    Jeffrey R. Platt, Coman & Anderson, PC,
               650 Warrenville Rd., Ste. 500,    Lisle, IL 60532-4318
19670052     +Robbins, Salomon & Patt, Ltd.,    c/o William A. Castle, Jr.,
               180 North LaSalle Street, Suite 3300,    Chicago, Illinois 60601-2808
18614292     +Springfield, IL 62794,    Hughes & Associates P.C.,    C/O Charles T. Ryan, Ltd,
               18141 Dixie Highway, Suite 115,    Homewood, IL 60430-2242
18614302      Suburban Radiologists, S.C.,    1446 Momentum Place,    Chicago, IL 60689-5314
18614303     +Village Of Hinsdale,    P O Box 457,    Wheeling, IL 60090-0457
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
20724674       E-mail/PDF: rmscedi@recoverycorp.com Sep 04 2015 00:55:59      Capital Recovery III LLC,
               c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605,
               Attn: Ramesh Singh
18614295       E-mail/Text: cio.bncmail@irs.gov Sep 04 2015 00:48:44      Department of the Treasury,
               Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
19841382       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 04 2015 00:55:59
               LVNV Funding, LLC its successors and assigns as,    assignee of Chase Bank USA, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
19841383       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 04 2015 00:56:00
               LVNV Funding, LLC its successors and assigns as,    assignee of OSI,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
20723370       E-mail/PDF: rmscedi@recoverycorp.com Sep 04 2015 00:57:00
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 5
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
18614291       Healthcare & Family Services,    C/O HGS/BFO IV-D Accounting,    P O Box 19410
18614301     ##+Robbins Salomon & Patt, Ltd,    C/O William A. Castle,    25 East Washington Street, Suite 1000,
               Chicago, IL 60602-1705
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: nmolina              Page 2 of 2              Date Rcvd: Sep 03, 2015
                              Form ID: pdf006            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2015 at the address(es) listed below:
              Gina B Krol    on behalf of Accountant    Alan D. Lasko & Associates, P.C. gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              J. Scott Marsik    on behalf of Debtor David F Bross jsmarsik@sbcglobal.net
              Jeffrey R Platt    on behalf of Creditor    Orchard Construction, LLC jplatt@comananderson.com
              Jeffrey R Platt    on behalf of Creditor Nick  Stein jplatt@comananderson.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Yelena A Dolgosheeva    on behalf of Petitioning Creditor    All Seasons Plumbing and Sewer
               dolgosheeva2002@yahoo.com
              Yelena A Dolgosheeva    on behalf of Petitioning Creditor Nicolae  Harabor
               dolgosheeva2002@yahoo.com
              Yelena A Dolgosheeva    on behalf of Petitioning Creditor Mariana  Iepure dolgosheeva2002@yahoo.com
                                                                                                 TOTAL: 9
```