# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BROSS, DAVID | § | Case No. 12-09725 DRC |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                             Assets Exempt: 350.00
*(Without deducting any secured claims)*


Total Distributions to Claimants:  36,557.23       Claims Discharged
                                                   Without Payment:  1,616,612.70


Total Expenses of Administration:  11,741.80

---

   3) Total gross receipts of $ 48,299.03  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 48,299.03  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 24,149.51 | $ 24,149.51 | $ 24,149.51 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,741.80 | 11,741.80 | 11,741.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 5,000.00 | 4,383.91 | 4,383.91 | 4,383.91 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,831,782.34 | 1,141,249.17 | 460,534.17 | 8,023.81 |
| **TOTAL DISBURSEMENTS** | $ 1,836,782.34 | $ 1,181,524.39 | $ 500,809.39 | $ 48,299.03 |

    4)  This case was originally filed under chapter 7 on  03/12/2012 .  The case was pending for 47 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/28/2016           By:/s/GINA B. KROL
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible 500 shares in Tyko Topline Value | 1149-000 | 48,299.03 |
| **TOTAL GROSS RECEIPTS** | | **$48,299.03** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ORCHARD CONSTRUCTION, LLC AND NICK | 4220-000 | NA | 24,149.51 | 24,149.51 | 24,149.51 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 24,149.51** | **$ 24,149.51** | **$ 24,149.51** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 12.96 | 12.96 | 12.96 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 19.62 | 19.62 | 19.62 |
| ASSOCIATED BANK | 2600-000 | NA | 514.52 | 514.52 | 514.52 |
| Green Bank | 2600-000 | NA | 535.15 | 535.15 | 535.15 |
| INNOVALAW, PC | 3110-000 | NA | 4,337.50 | 4,337.50 | 4,337.50 |
| INNOVALAW, PC | 3120-000 | NA | 142.15 | 142.15 | 142.15 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | NA | 600.00 | 600.00 | 600.00 |
| DAVID E. GROCHCOCINSKI | 3991-000 | NA | 4,579.90 | 4,579.90 | 4,579.90 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 11,741.80 | $ 11,741.80 | $ 11,741.80 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DEPARTMENT OF THE TREASURY | 5800-000 | 5,000.00 | 4,383.91 | 4,383.91 | 4,383.91 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 5,000.00 | $ 4,383.91 | $ 4,383.91 | $ 4,383.91 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 6537 Drexel LLC C/O William P. Danna 1105 West Burlington Avenue Western Springs, IL  60558 | | 91,000.00 | NA | NA | 0.00 |
| | ACFPC LaGrange P O Box 7000 Bolingbrook, IL  60440 | | 137.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital C/O Baker & Miller, P.C. 29 North Wacker Drive, 5th Floor Chicago, IL  60606 | | 125,000.00 | NA | NA | 0.00 |
| | Adventist Hinsdale Hospital C/O Merchants Credit Guide 223 West Jackson Boulevard, #400 Chicago, IL  60606 | | 45,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adventist Lagrange Memorial P O Box 9234 Oak Brook, IL 60522 | | 7,000.00 | NA | NA | 0.00 |
| | All Season's Plumbing And Sewer, Inc. C/O Yelena A. Dolgosheeva, Attorney 651 West Washinton Street, Suite 205 Chicago, IL  60661 | | 640,000.00 | NA | NA | 0.00 |
| | Deutsch Bank National Trust Company C/O Larson & Associates, P.C. 230 West Monroe, Suite 2220 Chicago, IL  60606 | | 77,277.19 | NA | NA | 0.00 |
| | Deutsch Bank National Trust Company C/O Larson & Associates, P.C. 230 West Monroe, Suite 2220 Chicago, IL  60606 | | 50,000.00 | NA | NA | 0.00 |
| | Dupage Pathology Associates, S.C. 520 East 22nd Street Lombard, IL  60148 | | 242.00 | NA | NA | 0.00 |
| | Dupage Pathology Associates, S.C. 520 East 22nd Street Lombard, IL  60148 | | 537.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Emergency Healthcare Physicians 39182 Treasury Center Chicago, IL 60694 | | 851.00 | NA | NA | 0.00 |
| | Emergency Healthcare Physicians 39182 Treasury Center Chicago, IL 60694 | | 928.00 | NA | NA | 0.00 |
| | Healthcare & Family Services C/O HGS/BFO IV-D Accounting P O Box 19410 Springfield, IL 62794 | | 9,223.00 | NA | NA | 0.00 |
| | Hughes & Associates P.C. C/O Charles T. Ryan, Ltd 18141 Dixie Highway, Suite 115 Homewood, IL 60430 | | 9,251.25 | NA | NA | 0.00 |
| | IPC Of Illinois P O Box 92934 Los Angeles, CA 90009 | | 719.00 | NA | NA | 0.00 |
| | Illinois Heard And Vascular 16955 Collection Center Drive Chicago, IL 60693 | | 207.00 | NA | NA | 0.00 |
| | Illinois Heart & Vascular C/O ATG Credit LLC P O Box 14895 Chicago, IL 60614 | | 15,100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | K.O.S. Construction, Inc. & Karl Spektor C/O William P. Danna, Attorney 1105 West Burlington Avenue Western Springs, IL 60558 | | 91,000.00 | NA | NA | 0.00 |
| | LaGrange Hospital Cardiology P O Box 7004 Bolingbrook, IL 60440 | | 40.00 | NA | NA | 0.00 |
| | Suburban Radiologists, S.C. 1446 Momentum Place Chicago, IL 60689-5314 | | 84.00 | NA | NA | 0.00 |
| | Village Of Hinsdale P O Box 457 Wheeling, IL 60090 | | 505.90 | NA | NA | 0.00 |
| 9 | ALL SEASONS PLUMBING, INC. | 7100-000 | NA | 340,357.50 | 113,452.50 | 1,976.67 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 790.00 | 830.09 | 830.09 | 14.46 |
| 1a | DEPARTMENT OF THE TREASURY | 7100-000 | NA | 1,526.75 | 1,526.75 | 26.60 |
| 4 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-000 | 3,890.00 | 3,854.14 | 3,854.14 | 67.15 |
| 5 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-000 | NA | 1,384.75 | 1,384.75 | 24.13 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | MARIANA IEPURE | 7100-000 | NA | 340,357.50 | 113,452.50 | 1,976.66 |
| 7 | NICOLAE HARABOR | 7100-000 | 640,000.00 | 340,357.50 | 113,452.50 | 1,976.66 |
| 6 | ORCHARD CONTRUCTION, LLC | 7100-000 | 0.00 | 90,487.34 | 90,487.34 | 1,576.55 |
| 2 | ROBBINS, SALOMON & PATT, LTD. | 7100-000 | 23,000.00 | 22,093.60 | 22,093.60 | 384.93 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,831,782.34 | $ 1,141,249.17 | $ 460,534.17 | $ 8,023.81 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-09725 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | BROSS, DAVID | | | Date Filed (f) or Converted (c): | 03/12/12 (f) |
| | | | | 341(a) Meeting Date: | 05/22/12 |
| For Period Ending: | 01/28/16 | | | Claims Bar Date: | 01/16/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 2. Possible 500 shares in Tyko Topline Value | 0.00 | 48,299.03 | | 48,299.03 | FA |
| 3. Sony Notebook Computer | 250.00 | 0.00 | | 0.00 | FA |
| 4. D&B Development, Inc. President Corporation (u) | 0.00 | 0.00 | | 0.00 | FA |
| 5. East Elm Advisors, Inc. Secretary- Stock (u) | 0.00 | 0.00 | | 0.00 | FA |
| 6. Ridgebrook Capital Partners LLC Manager, (u) | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $350.00 | $48,299.03 | | $48,299.03 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST for review

August 17, 2015, 01:51 pm

Successor Trustee to prepare TFR

October 16, 2014, 10:54 am

PENDING INVESTIGATION OF 727 COMPLAINT; PENDING TURNOVER
OF ASSET (STOCK)IN TYKO TOPLINE- NO APPARENT VALUE IN OTHER BUSINESS INTERESTS
Awaiting tax returns
Claim objections upheld 9/27/2013.
Claims 7,8,& 9 combined as one.

LFORM1                                                                                                                  Ver: 19.05c

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-09725   DRC   Judge: Donald R. Cassling | Trustee Name:   GINA B. KROL |
| Case Name: | BROSS, DAVID | Date Filed (f) or Converted (c):   03/12/12 (f) |
| | | 341(a) Meeting Date:   05/22/12 |
| | | Claims Bar Date:   01/16/13 |

Once tax returns are returned, ready for final report.

TFR preparation delayed due to claim objections.

Advised by Accountant that no tax return needed to be prepared for estate. Beginning preparation of final report.

TFR Emailed to UST today.

Initial Projected Date of Final Report (TFR): 12/30/13     Current Projected Date of Final Report (TFR): 03/31/15

/s/    GINA B. KROL
_____    Date: 01/28/16
     GINA B. KROL

FORM 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-09725 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | BROSS, DAVID | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******2501 Checking Account |
| Taxpayer ID No: | *******8639 | | | |
| For Period Ending: | 01/28/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/23/13 | 2 | CRAY HUBER HORSTMAN HEIL 303 W MADISON ST SUITE 2200 CHICAGO, IL 60606 | STATE FARM/TYCO SETTLEMENT | 1149-000 | 48,299.03 | | 48,299.03 |
| 04/30/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | 17.59 | 48,281.44 |
| 05/09/13 | 003001 | ORCHARD CONSTRUCTION, LLC AND NICK STEIN C/O JEFF PLATT COMAN & ANDERSON 650 WARRENVILLE ROAD SUITE 500 LISLE, IL 60532 | PER SETTLEMENT ORDER 4220-000    $-24,149.51 | 4220-000 | | 24,149.51 | 24,131.93 |
| 05/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | 82.93 | 24,049.00 |
| 06/28/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | 66.47 | 23,982.53 |
| 07/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | 38.70 | 23,943.83 |
| 08/30/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 41.13 | 23,902.70 |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Ver: 19.05c

FORM 2       Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 12-09725 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BROSS, DAVID | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******2501 Checking Account |
| Taxpayer ID No: | *******8639 | | |
| For Period Ending: | 01/28/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/13 | | Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 34.83 | 23,867.87 |
| 10/31/13 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 38.51 | 23,829.36 |
| 11/29/13 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 38.45 | 23,790.91 |
| 12/31/13 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 37.15 | 23,753.76 |
| 01/31/14 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 40.80 | 23,712.96 |
| 02/28/14 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 34.56 | 23,678.40 |
| 03/31/14 | | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 | | 35.74 | 23,642.66 |
| 04/02/14 | 003002 | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET | Blanket bond #016026455 2/01/14<br>to 2/10/15 | 2300-000 | | 19.62 | 23,623.04 |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-09725 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | BROSS, DAVID | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******2501 Checking Account |
| Taxpayer ID No: | *******8639 | | | |
| For Period Ending: | 01/28/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SUITE 420 NEW ORLEANS, LA 70139 | 2300-000    $-19.62 | | | | |
| 04/28/14 | | Green Bank | Technology Fee | 2600-000 | | 28.29 | 23,594.75 |
| 04/29/14 | | ASSOCIATED BANK | | 9999-000 | | 23,594.75 | 0.00 |

|  | Account *******2501 | Balance Forward | 0.00 |  |  |  |
|---|---|---|---|---|---|---|
| 1 | Deposits | | 48,299.03 | 2 | Checks | 24,169.13 |
| 0 | Interest Postings | | 0.00 | 14 | Adjustments Out | 24,129.90 |
| | | Subtotal | $ 48,299.03 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | | 0.00 | | Total | $ 48,299.03 |
| 0 | Transfers In | | 0.00 | | | |
| | | Total | $ 48,299.03 | | | |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) (Page: 14)

Ver: 19.05c

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-09725 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BROSS, DAVID | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0857  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8639 | | |
| For Period Ending: | 01/28/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/14 | | Green Bank | Transfer from Green Bank Account | 9999-000 | 23,594.75 | | 23,594.75 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 23,584.75 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.06 | 23,549.69 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.88 | 23,515.81 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.96 | 23,480.85 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.91 | 23,445.94 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.74 | 23,412.20 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.81 | 23,377.39 |
| * 11/19/14 | 030001 | Alan D. Lasko<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Fees per Court Order | 3410-003 | | 820.40 | 22,556.99 |
| * 11/19/14 | 030001 | Alan D. Lasko<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Fees per Court Order<br>Incorrect Amount | 3410-003 | | -820.40 | 23,377.39 |
| * 11/19/14 | 030002 | Alan D. Lasko<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Expenes per Court Order | 3420-003 | | 19.69 | 23,357.70 |
| * 11/19/14 | 030002 | Alan D. Lasko<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Expenes per Court Order<br>No expenses, check written in error | 3420-003 | | -19.69 | 23,377.39 |
| 11/19/14 | 030003 | Alan D. Lasko<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Fees per Court Order | 3410-000 | | 600.00 | 22,777.39 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.55 | 22,743.84 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.81 | 22,710.03 |

FORM 2

Page: 5

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-09725 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BROSS, DAVID | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0857 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8639 | | |
| For Period Ending: | 01/28/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.77 | 22,676.26 |
| 02/10/15 | 030004 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | | 2300-000 | | 12.96 | 22,663.30 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.44 | 22,632.86 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.65 | 22,599.21 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.52 | 22,566.69 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.55 | 22,533.14 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.42 | 22,500.72 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.45 | 22,467.27 |
| 09/25/15 | 030005 | David E. Grochcocinski | Final Distribution<br>Trustee Fee | 3991-000 | | 4,579.90 | 17,887.37 |
| 09/25/15 | 030006 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL 60462 | Final Distribution | 3120-000 | | 142.15 | 17,745.22 |
| 09/25/15 | 030007 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60601 | Final Distribution<br>Trustee Fee | 2100-000 | | 1,000.00 | 16,745.22 |
| 09/25/15 | 030008 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL 60462 | Final Distribution | 3110-000 | | 4,337.50 | 12,407.72 |
| 09/25/15 | 030009 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 191017346 | Final Distribution | 5800-000 | | 4,383.91 | 8,023.81 |
| 09/25/15 | 030010 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 191017346 | Final Distribution | 7100-000 | | 26.60 | 7,997.21 |
| 09/25/15 | 030011 | Robbins, Salomon & Patt, Ltd. | Final Distribution | 7100-000 | | 384.93 | 7,612.28 |

FORM 2     Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| | |
|---|---|
| Case No: | 12-09725 -DRC |
| Case Name: | BROSS, DAVID |
| Taxpayer ID No: | *******8639 |
| For Period Ending: | 01/28/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0857 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o William A. Castle, Jr. | | | | |
| | | 180 North LaSalle Street, Suite 3300 | | | | |
| | | Chicago, IL 60601 | | | | |
| 09/25/15 | 030012 | Capital One Bank (USA), N.A. | Final Distribution | 7100-000 | | 14.46 | 7,597.82 |
| | | by American InfoSource LP as agent | | | | |
| | | P.O. Box 71083 | | | | |
| | | Charlotte, NC 282721083 | | | | |
| 09/25/15 | 030013 | LVNV Funding, LLC its successors and assigns as | Final Distribution | 7100-000 | | 67.15 | 7,530.67 |
| | | assignee of Chase Bank USA, N.A. | | | | |
| | | Resurgent Capital Services | | | | |
| | | PO Box 10587 | | | | |
| | | Greenville, SC 296030587 | | | | |
| 09/25/15 | 030014 | LVNV Funding, LLC its successors and assigns as | Final Distribution | 7100-000 | | 24.13 | 7,506.54 |
| | | assignee of OSI | | | | |
| | | Resurgent Capital Services | | | | |
| | | PO Box 10587 | | | | |
| | | Greenville, SC 296030587 | | | | |
| 09/25/15 | 030015 | Orchard Contruction, LLC | Final Distribution | 7100-000 | | 1,576.55 | 5,929.99 |
| | | & Nick Stein | | | | |
| | | Jeffrey R. Platt, Coman & Anderson, PC | | | | |
| | | 650 Warrenville Rd., Ste. 500 | | | | |
| | | Lisle, IL 60532 | | | | |
| 09/25/15 | 030016 | Nicolae Harabor | Final Distribution | 7100-000 | | 1,976.66 | 3,953.33 |
| | | c/o Yelena A. Dolgosheeva | | | | |
| | | P.O. Box 5382 | | | | |
| | | Buffalo Grove, IL 60089 | | | | |
| 09/25/15 | 030017 | Mariana Iepure | Final Distribution | 7100-000 | | 1,976.66 | 1,976.67 |
| | | c/o Yelena A. Dolgosheeva | | | | |
| | | P.O. Box 5382 | | | | |
| | | Buffalo Grove, IL 60089 | | | | |
| 09/25/15 | 030018 | All Seasons Plumbing, Inc. | Final Distribution | 7100-000 | | 1,976.67 | 0.00 |

LFORM2T4    UST Form 101-7-TDR (10/1/2010) *(Page: 17)*     Ver: 19.05c

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-09725 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | BROSS, DAVID | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0857 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8639 | | | |
| For Period Ending: | 01/28/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Yelena A. Dolgosheeva P.O. Box 5382 Buffalo Grove, IL  60089 | | | | | |

| Account *******0857 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 20 | Checks | 23,080.23 |
| 0 | Interest Postings | 0.00 | 16 | Adjustments Out | 514.52 |
| | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| | | | | Total | $ 23,594.75 |
| 1 | Adjustments In | 23,594.75 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 23,594.75 | | | |

| Report Totals | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 | Deposits | 48,299.03 | 22 | Checks | 47,249.36 |
| 0 | Interest Postings | 0.00 | 30 | Adjustments Out | 24,644.42 |
| | Subtotal | $ 48,299.03 | 0 | Transfers Out | 0.00 |
| | | | | Total | $ 71,893.78 |
| 1 | Adjustments In | 23,594.75 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 71,893.78 | | Net Total Balance | $ 0.00 |

/s/   GINA B. KROL

Trustee's Signature: _____   Date: 01/28/16
GINA B. KROL

LFORM2T4   UST Form 101-7-TDR (10/1/2010) *(Page: 18)*                                                   Ver: 19.05c